IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:10CR489 |
| Plaintiff, | ) | SR. JUDGE CHRISTOPHER A. BOYKO |
| v. | ) | |
| WILLIE YATES, | ) | |
| Defendant. | ) | ORDER |

This matter was before the Court on November 3, 2021, for hearing on the Government's request for revocation of Defendant Willie Yates' supervised release. The Defendant was present and represented by counsel.

An Initial Supervised Release Violation hearing was held by Magistrate Judge David A. Ruiz on October 20, 2021, at which defendant was advised of the following violations contained in the Violation Report: 1) Unauthorized Use of Drugs (four violations). The Magistrate Judge issued a Report and Recommendation on October 27, 2021. The Court finds Defendant in violation of Violation Nos. 1-3. Violation 4 dismissed. Defendant's supervision to continue with the same conditions as previously imposed with the following added condition**, Community Confinement**: defendant shall reside for a period of 3 months at a Residential Reentry Center as instructed by the probation officer.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE

DATED: November 3, 2021