IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:10-cr-00489-01 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Senior Judge Christopher A. Boyko |
| | ) | |
| WILLIE YATES, | ) | |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |

This matter was before the Court on February 4, 2022, for hearing on the Government's request for revocation of Defendant Willie Yates' supervised release.  The Defendant was present and represented by counsel.

An Initial Appearance was held on January 3, 2022 by Magistrate Judge David A. Ruiz. Defendant was advised of the violation(s) contained in the Violation Report, to wit: 1) Termination from Residential Reentry Center. The matter was set for a Preliminary/Detention hearing and defendant was remanded to custody. On January 10, 2022, a Preliminary/Detention hearing was held by Magistrate Judge David A. Ruiz. The Court found probable cause existed and granted the Government's motion for detention. The Magistrate Judge issued a Report and Recommendation on January 13, 2022.  The Court adopts the Magistrate Judge's Report and Recommendation.

The Court finds Defendant in violation of Violation No. 1, and revokes supervised release. The Defendant sentenced to custody of the Bureau of Prisons for 2 years, no supervision to follow.

The Defendant is remanded to custody.

IT IS SO ORDERED.

s/ Christopher A. Boyko
DATED: February 4, 2022            CHRISTOPHER A. BOYKO
                                   SENIOR UNITED STATES DISTRICT JUDGE